## GREEN ET AL. *v.* FELTON ET AL.

[No. 6,114.   Filed October 6, 1909.]

APPEAL.— *Costs.*— *Transcript.*— *Stenographers.*— Where a stenographer, employed to make a transcript, had taxed in his favor therefor $176.30, but on an application to the circuit court to ascertain the amount due, judgment was given for $100, the Appellate Court will order the clerk to retax such costs by substituting the corrected amount of $100.

From Rush Circuit Court; *Will M. Sparks*, Judge.

Suit by Chester F. Felton and others against Thomas M. Green and others. From a decree for plaintiffs, defendants appeal. (For decision on merits, see 42 Ind. App. 675.) On motion to retax costs. *Motion sustained.*

*Watson, Titsworth & Green,* and *Smith, Cambern* and *Smith,* for appellants.

*J. D. Megee, J. H. Kiplinger* and *D. W. McKee,* for appellees.

## ON MOTION TO RETAX COSTS.

PER CURIAM.—Appellees severally move that the court retax the sum of $176.30, the same being the alleged amount paid the official stenographer of the Rush Circuit Court by appellants for the transcript of the evidence in said cause.

The motion is predicated upon four causes. From the fourth it appears that said official stenographer had taxed in his favor in the Rush Circuit Court the sum of $176.30 for making said transcript. Appellants denied that that amount was due, and made a motion to have said costs retaxed. The

stenographer was summoned, and the amount due to said stenographer was submitted to the Rush Circuit Court, which rendered judgment that said stenographer should receive the sum of $100 for said transcript, and that he should refund all over that amount.

The judgment of the Rush Circuit Court is binding on the parties. The clerk of this court is therefore directed to modify said item of $176.30, by retaxing the same at $100. Said motion as to other causes is overruled.